THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ZURICH AMERICAN INSURANCE
COMPANY, a foreign profit
corporation a/s/o EAGLE CREEK
GOLF & COUNTRY CLUB, INC.,

Plaintiff,

CASE NO.:

v.

ARIZONA DISCOUNT ATV, LLC,  a
foreign limited liability company,
d/b/a FAT TIRE GOLF SCOOTER,

Defendant.

_____/

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

TO:   IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

Defendant, ARIZONA DISCOUNT ATV, LLC,  a foreign limited liability

company, d/b/a FAT TIRE GOLF SCOOTER by and through its undersigned

counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Local Rule 1.06,

hereby removes this action, which is styled *Zurich American Insurance*

*Company a/s/o Eagle Creek Golf & Country Club, Inc. v. Arizona Discount*

*ATV, LLC d/b/a Fat Tire Golf Scooter*, and designated Case No.: 11-2022-CA-

000843-0001-XX, from the Circuit Court of the Twentieth Judicial Circuit in

CASE NO.: 11-2022-CA-000843-0001-XX

and for Collier County, Florida, in which the action is now pending, to the United

States District Court for the Middle District of Florida, Fort Myers Division. In

support of this removal, and pursuant to 28 U.S.C. § 1446, Defendant states:

1.     This case is properly removable due to diversity of citizenship

between Plaintiff, ZURICH AMERICAN INSURANCE COMPANY, a foreign

profit corporation a/s/o EAGLE CREEK GOLF & COUNTRY CLUB, INC., and

Defendant, ARIZONA DISCOUNT ATV, LLC, a foreign limited liability

company, d/b/a FAT TIRE GOLF SCOOTER.

2.     Venue is properly in the Fort Myers Division of the Middle District

of Florida, pursuant to M.D. Fla. Rule 1.02(b)(3). This case was filed in the

Circuit Court of the Twentieth Judicial Circuit in and for Collier County,

Florida, on May 20, 2022. Therefore, the Fort Myers Division is the proper

Court for removal of this case.

3.     This Notice of Removal is being timely filed within thirty days from

May 26, 2022, the date upon which the Summons was served upon a member

of Defendant, ARIZONA DISCOUNT ATV, LLC. A copy of the Summons,

Complaint, and each paper docketed in the state court are attached as Exhibit

"A." Defendant has filed no responsive pleadings in the state court action.

4.     Defendant is promptly giving written notice of this filing to counsel

for Plaintiff and filing a Notice of Filing this Notice of Removal with the Clerk

CASE NO.: 11-2022-CA-000843-0001-XX

of Court of the Twentieth Judicial Circuit, in and for Collier County, Florida, as required by 28 U.S.C. § 1446(d). A copy of the Notice to Sate Court Clerk of Removal of Case to Federal Court is attached as Exhibit "B."

     5.     The District Courts of the United States have original jurisdiction of this civil action as provided in 28 U.S.C. § 1332. Under that section, this Court has jurisdiction based upon complete diversity as follows:

     a.     Plaintiff, ZURICH AMERICAN INSURANCE COMPANY, a foreign profit corporation, "is a foreign insurance corporation, doing business as an insurance carrier, properly registered with the Florida Department of Insurance, and therefore, is authorized to transact business, and is transacting business, in the State of Florida." (Compl. ¶ 2.) According to filings with the Florida Department of State, ZURICH AMERICAN INSURANCE COMPANY's principal place of business is 150 Greenwich Street, New York, New York 10007-2366, and its mailing address is 1299 Zurich Way, Schaumburg, Illinois 60196. A copy of Plaintiff's 2022 Foreign Profit Corporation Annual Report is attached as Exhibit "C."

3

CASE NO.: 11-2022-CA-000843-0001-XX

b.   The subrogor, EAGLE CREEK GOLF & COUNTRY CLUB, INC., is a Florida Not For Profit Corporation. According to filings with the Florida Department of State, EAGLE CREEK GOLF & COUNTRY CLUB, INC.'s principal place of business is 11 Cypress View Drive, Naples, Florida 34113. A copy of the subrogor's 2022 Flolrida Not For Profit Corporation Annual Report is attached as Exhibit "D."

c.   Defendant, ARIZONA DISCOUNT ATV, LLC, a foreign limited liability company, d/b/a FAT TIRE GOLF SCOOTER, is a citizen of the State of Arizona. Defendant is a foreign limited liability company, organized under the laws of the State of Arizona with its principal place of business located at Arizona. Although a company may conduct business in multiple places, the Supreme Court has determined that the "principal place of business" for a corporation is its nerve center: "the place where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 91–94 (2010) (establishing the "nerve center" test as uniform approach for determining corporate citizenship). A copy of

4

CASE NO.: 11-2022-CA-000843-0001-XX

Defendant's corporate filing with the State of Arizona, showing the principal place of business is attached as Exhibit "E."

d.   The amount in controversy exceeds the minimum sum of $75,000, exclusive of interest and costs. (Compl. ¶ 22.)

6.   As to the amount in controversy, Plaintiff alleges that Plaintiff sustained damages in the amount of $505,096.10, plus costs, pre-judgment interest, and other relief deemed just and proper. (Compl. ¶ 22). This sum is deemed the amount in controversy. *See* 28 U.S. § 1446(c)(2).

7.   Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant shall file its Answer and/or present its defenses or objections to the Complaint within seven days of the filing of this Notice of Removal.

WHEREFORE, for the above-stated reasons, Defendant prays that Civil Action No. 11-2022-CA-000843-0001-XX now pending in Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida be removed to this Federal Court.

Respectfully submitted, this 15th day of June 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of

CASE NO.: 11-2022-CA-000843-0001-XX

the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant *ARIZONA DISCOUNT ATV, LLC, a foreign limited liability company, d/b/a FAT TIRE GOLF SCOOTER*
5220 Summerlin Commons Boulevard, Suite 201A
Fort Myers, Florida 33907
Telephone (239) 690-7958
Facsimile (239) 690-7968
Primary e-mail:
julie.ireland@csklegal.com
Secondary e-mail:
alexis.costello@csklegal.com

By:   s/ Alexis M. Costello
JULIE C. IRELAND
Florida Bar No.: 186155
ALEXIS M. COSTELLO
Florida Bar No.: 1025947

0487.2694-00/-1

PI-2022-CA-000843-0001-XX

Filing # 150006081 E-Filed 05/20/2022 12:20:02 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

ZURICH AMERICAN INSURANCE
COMPANY, a foreign profit corporation
a/s/o EAGLE CREEK GOLF & COUNTRY
CLUB, INC.,

        Plaintiff,

v.

ARIZONA DISCOUNT ATV LLC, a foreign
limited liability company, d/b/a FAT TIRE GOLF
SCOOTER,

        Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, First
Request for Admissions, First Interrogatories and First Request for Production in this action on
Defendant:

BY SERVING:     **ARIZONA DISCOUNT ATV LLC d/b/a FAT TIRE GOLF
                 SCOOTER
                 7073 W Campo Bello
                 Glendale, AZ 85308**

      A lawsuit has been filed against you. You have **twenty (20) calendar days** after this
Summons is served on you to file a written response to the attached Complaint or Petition with the
Clerk of this Court. A phone call will not protect you. Your written response, including the case
number given above and the names of the parties, must be filed if you want the Court to hear your
side of the case. If you do not file your response on time, you may lose the case, and your wages,
money and property may thereafter be taken without further warning from the Court. There are other
legal requirements. You may want to call an attorney right away. If you do not know an attorney,
you may call an attorney referral service or a legal aid office (listed in the phone book).



FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 05/20/2022 12:20:02 PM

Zurich a/s/o Eagle Creek
*Summons*
Page **2** of **3**

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the "Plaintiff/ Plaintiff's Attorney" named below.

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

**THEODORE STEVENS, Esquire**
**DERREVERE STEVENS BLACK & COZAD**
**2005 Vista Parkway, Suite 210**
**West Palm Beach, Florida 33411**
**Telephone:    561-684-3222**
**Facsimile:     561-640-3050**

**within twenty (20) calendar days** after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and the seal of said Court on _____ May 23 2022 _____.

Crystal K. Kinzel
As Clerk of the Court

By: _____
As Deputy Clerk

(Court Seal)

Zurich a/s/o Eagle Creek
*Summons*
Page **3** of **3**

IMPORTANTE

Usted ha sido demandado legalmente.   Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un  abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en al guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/ Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

11-2022-CA-000843-0001-XX

Filing # 150006081 E-Filed 05/20/2022 12:20:02 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

ZURICH AMERICAN INSURANCE
COMPANY, a foreign profit corporation
a/s/o EAGLE CREEK GOLF & COUNTRY
CLUB, INC.,

        Plaintiff,

v.

ARIZONA DISCOUNT ATV LLC, a foreign
limited liability company, d/b/a FAT TIRE GOLF
SCOOTER

        Defendant.

_____/

## COMPLAINT

Plaintiff, ZURICH AMERICAN INSURANCE COMPANY, a foreign profit corporation a/s/o,

EAGLE CREEK GOLF & COUNTRY CLUB, INC., by and through undersigned counsel, and

pursuant to the Florida Rules of Civil Procedure, sues Defendant, ARIZONA DISCOUNT ATV LLC,

a foreign limited liability company, d/b/a FAT TIRE GOLF SCOOTER and as grounds, states as

follows:

### JURISDICTION, VENUE, AND PARTIES

1.    This is a subrogated cause of action for damages to real and personal property owned

by EAGLE CREEK GOLF & COUNTRY CLUB, INC. (hereinafter referred as "EAGLE"); said

damages exceed Thirty Thousand ($30,000.00) Dollars, exclusive of interest, attorneys' fees and costs

and, therefore, the subrogated cause of action is within the subject matter jurisdiction of this Court.

2.    At all times material, ZURICH AMERICAN INSURANCE COMPANY ("ZURICH")

was and remains a foreign insurance corporation, doing business as an insurance carrier, properly

Zurich a/s/o Eagle Creek
*Complaint*
Page 2 of 5

registered with the Florida Department of Insurance, and therefore, is authorized to transact business, and is transacting business, in the State of Florida, and in particular, in Collier County, Florida.

3.     At all times material, EAGLE owned the property located at 401 Tower Road, Naples, FL 34113 ("Loss Location").

4.     At all times material, ARIZONA DISCOUNT ATV LLC d/b/a FAT TIRE GOLF SCOOTER ("ATV") was and is a foreign corporation with its principal place of business at 7073 W Campo Bello, Glendale, AZ 85308 which transacts business in Collier County, Florida

5.     Venue is proper in Collier County, Florida because all the acts or omissions which give rise to this litigation occurred in Collier County, Florida.

## BACKGROUND ALLEGATIONS

6.     Prior to October 17, 2020, EAGLE purchased an electric scooter ("Subject Scooter") from ATV.

7.     On or about October 17, 2020, a defect in the Subject Scooter caused a fire that damaged the Loss Location.

8.     As a result of ATV's defective product, a fire ignited inside the Subject Scooter, causing significant damage to the Loss Location.

9.     ATV owed EAGLE a duty of reasonable care not to damage EAGLE's property.

10.    ATV breached their duty to EAGLE when Subject Scooter contained a defect that started the fire which damaged the Loss Location.

11.    EAGLE timely notified ZURICH, its insurer, of its claim for damages. ZURICH determined the loss was a "covered loss" and paid accordingly. ZURICH is subrogated to all the rights, claims, and causes of action that EAGLE would otherwise have against ATV for damages caused to EAGLE.

Zurich a/s/o Eagle Creek
*Complaint*
Page 3 of 5 _____ /

12.     ZURICH has complied with all conditions precedent to the filing of this lawsuit.

13.     ZURICH also seeks to recover EAGLE's $5,000.00 deductible on their behalf.

## COUNT I: STRICT LIABILITY

14.     ZURICH hereby realleges and incorporates paragraphs 1-12 as if fully set forth herein, and further states:

15.     At all times material, ATV was in the business of manufacturing electric scooters including the Subject Electric Scooter located at the Loss Location.

16.     ATV placed the Subject Electric Scooter on the market with knowledge that it would be used without inspection for defects or unknown dangers.

17.     ATV knew or should have known that ultimate users, operators or consumers would not and could not properly inspect the Subject Electric Scooter for defects and dangerous conditions, and that the detection of such defects or dangers would be beyond the capabilities of such persons.

18.     The Subject Electric Scooter was defective and unreasonably dangerous to ultimate users, operators or consumers when sold and distributed due to the product igniting a fire.

19.     For the above stated reason, the Subject Electric Scooter was unreasonably dangerous to foreseeable users who used the Subject Electric Unit in an ordinary and foreseeable manner.

20.     On or about October 17, 2020, the Subject Electric Scooter failed and caused a fire which severely damaged the Loss Location.

21.     At all times material, the Subject Electric Scooter was being used for its intended purpose.

Zurich a/s/o Eagle Creek
*Complaint*
Page 4 of 5

22.     The Subject Electric Scooter described above directly and proximately caused the damages sustained by EAGLE, and in turn, ZURICH in the amount of $505,096.10, in that it directly, and in natural and continuous sequence, produced or contributed substantially to the damages.

WHEREFORE, ZURICH AMERICAN INSURANCE COMPANY, a foreign profit corporation a/s/o, EAGLE CREEK GOLF & COUNTRY CLUB, INC. hereby demand judgment against Defendant's, ARIZONA DISCOUNT ATV LLC, a foreign limited liability company, d/b/a FAT TIRE GOLF SCOOTER for damages in the amount of $505,096.10 along with costs, pre-judgment interest, and all other relief which this Honorable Court deems just and proper under the circumstances.

## COUNT II: NEGLIGENCE

23.     ZURICH hereby realleges and incorporates paragraphs 1-12 as if fully set forth herein, and further states:

24.     At all times material, ATV owed a duty of reasonable care to manufacture the Subject Electric Scooter in such a way so as to not cause a fire to occur.

25.     ATV breached that duty by manufacturing the Subject Electric Scooter in a manner which caused a fire to ignite inside the product.

26.     As a direct and proximate result of ATV's breach, the Subject Electric Scooter failed and caused fire damages to the Loss Location.

27.     As a direct and proximate result of ATV's breach, EAGLE, and in turn, ZURICH, have sustained damages.

WHEREFORE, ZURICH AMERICAN INSURANCE COMPANY, a foreign profit corporation a/s/o, EAGLE CREEK GOLF & COUNTRY CLUB, INC. hereby demand judgment

Zurich a/s/o Eagle Creek
*Complaint*
Page 5 of 5 _____/

against Defendant's, ARIZONA DISCOUNT ATV LLC, a foreign limited liability company, d/b/a

FAT TIRE GOLF SCOOTER for damages in the amount of $505,096.10 along with costs, pre-

judgment interest, and all other relief which this Honorable Court deems just and proper under the

circumstances.

DATED this 20th day of May 2022.

DERREVERE, STEVENS, BLACK & COZAD
2005 Vista Parkway, Suite 210
West Palm Beach, Florida 33411
Telephone: (561) 684-3222/ Fax: (561) 640-3050

*/s/ Theodore A. Stevens*
BY: _____
MICHAEL B. STEVENS, ESQUIRE
Florida Bar No: 0057466
THEODORE A. STEVENS
Florida Bar No.: 92075
eservice@derreverelaw.com
sjilani@derreverelaw.com

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN
AND FOR COLLIER COUNTY, FLORIDA

ZURICH AMERICAN INSURANCE
COMPANY, a foreign profit
corporation a/s/o EAGLE CREEK
GOLF & COUNTRY CLUB, INC.,

Plaintiff,                                    CASE NO.: 11-2022-CA-000843-
                                              0001-XX
v.

ARIZONA DISCOUNT ATV, LLC, a
foreign limited liability company,
d/b/a FAT TIRE GOLF SCOOTER,

Defendant.

_____/

## NOTICE TO STATE COURT OF DEFENDANT'S FILING NOTICE OF REMOVAL

TO:   Clerk of the Circuit Court, Collier County, Florida

Notice is hereby given that pursuant to 28 U.S.C. §§ 1441, 1332, and

1446, Defendant, ARIZONA DISCOUNT ATV, LLC d/b/a FAT TIRE GOLF

SCOOTER, by and through its undersigned counsel, has filed in the United

States District Court for the Middle District of Florida, Fort Myers Division, a

Notice of Removal of this action. A copy of the Notice of Removal is attached to

this Notice.

Pursuant to 28 U.S.C. §1446(d), the filing of this Notice of Removal with

the Clerk for the Twentieth Judicial Circuit in and for Lee County effects

**COLE, SCOTT & KISSANE, P.A.**
5220 SUMMERLIN COMMONS BOULEVARD, SUITE 201A, FORT MYERS, FL 33907 - (239) 690-7900 (239) 690-7968 FAX


EXHIBIT
"B"

CASE NO.: 11-2022-CA-000843-0001-XX

removal of this action to the United States District Court, "and the State [matter] shall proceed no further unless and until the case is remanded."

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant *ARIZONA DISCOUNT ATV, LLC, a foreign limited liability company, d/b/a FAT TIRE GOLF SCOOTER*
5220 Summerlin Commons Boulevard, Suite 201A
Fort Myers, Florida 33907
Telephone (239) 690-7958
Facsimile (239) 690-7968
Primary e-mail:
julie.ireland@csklegal.com
Secondary e-mail:
alexis.costello@csklegal.com

By:  s/ Alexis M. Costello
JULIE C. IRELAND
Florida Bar No.: 186155
ALEXIS M. COSTELLO
Florida Bar No.: 1025947

0487.2694-00/-1

2
**COLE, SCOTT & KISSANE, P.A.**
5220 SUMMERLIN COMMONS BOULEVARD, SUITE 201A, FORT MYERS, FL 33907 - (239) 690-7900 (239) 690-7968 FAX

**2022  FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F99000000100

**FILED**
**Apr 08, 2022**
**Secretary of State**
**6303312787CC**

**Entity Name:** ZURICH AMERICAN INSURANCE COMPANY

**Current Principal  Place of Business:**

4 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK,  NY  10007-2366

**Current Mailing Address:**

1299 ZURICH WAY
REGULATORY SERVICES
SCHAUMBURG, IL  60196  US

**FEI Number: 36-4233459**                     **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHIEF FINANCIAL OFFICER
200 E. GAINES ST
TALLAHASSEE, FL  32399-0000  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

     Electronic Signature of Registered Agent                                          Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | CEO, PRESIDENT, DIRECTOR | | Title | DIRECTOR, VP |
| Name | TERRYN, KRISTOF | | Name | KNIPFER, MARK |
| Address | 1299 ZURICH WAY | | Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG  IL  60196 | | City-State-Zip: | SCHAUMBURG IL  60196 |
| Title | SECRETARY, DIRECTOR, VP | | Title | VP, DIRECTOR, CFO |
| Name | LAZARCZYK, LAURA | | Name | HIRS, PETER |
| Address | 1299 ZURICH WAY | | Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG  IL  60196 | | City-State-Zip: | SCHAUMBURG IL  60196 |
| Title | TREASURER | | Title | VP |
| Name | AWATI, VINAY | | Name | HORGAN, PAUL |
| Address | 1299 ZURICH WAY | | Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG  IL  60196 | | City-State-Zip: | SCHAUMBURG IL  60196 |
| Title | VP | | Title | VP |
| Name | LAVELLE, PAUL | | Name | FICK, BRANDON |
| Address | 1299 ZURICH WAY | | Address | 2000 MARKET STREET |
| City-State-Zip: | SCHAUMBURG  IL  60196 | | City-State-Zip: | PHILADELPHIA  PA  19103 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LAURA LAZARCZYK                          SECRETARY                    04/08/2022
_____
     Electronic Signature of Signing Officer/Director Detail                                   Date



**Officer/Director Detail Continued :**

| | |
|---|---|
| Title | DIRECTOR |
| Name | KEARNS, RICHARD |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | VP, DIRECTOR |
| Name | ROCK, LAURA |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | DIRECTOR |
| Name | FISHER, WAYNE |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | DIRECTOR |
| Name | BROEK, DEBRA |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | DIRECTOR |
| Name | YOCHEM, ANGELA |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | VP |
| Name | WELLS, ALEX |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | VP |
| Name | SANTIVASI, VINCENT |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | VP |
| Name | FIKE, DAVID |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | VP |
| Name | FRANKLIN, BARRY |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | VP |
| Name | SEILE, ALEXANDER |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

| | |
|---|---|
| Title | VP |
| Name | MEADOR, JASON |
| Address | 1299 ZURICH WAY |
| City-State-Zip: | SCHAUMBURG IL 60196 |

## 2022 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N43890

**Entity Name:** EAGLE CREEK GOLF AND COUNTRY CLUB, INC.

**FILED**
**Mar 01, 2022**
**Secretary of State**
**6853510335CC**

**Current Principal  Place of Business:**

11 CYPRESS VIEW DR
NAPLES, FL  34113

**Current Mailing Address:**

11 CYPRESS VIEW DR
NAPLES, FL  34113 US

**FEI Number:** 65-0372357                           **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MADALINSKI, DONALD
11 CYPRESS VIEW DR
NAPLES, FL  34113 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                              Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | GM | | Title | DT |
| Name | MADALINSKI, DONALD | | Name | PORTER, KENDALL R |
| Address | 11 CYPRESS VIEW DRIVE | | Address | 56 CYPRESS VIEW DRIVE |
| City-State-Zip: | NAPLES FL  34113 | | City-State-Zip: | NAPLES FL  34113 |
| | | | | |
| Title | PRESIDENT | | Title | SECRETARY |
| Name | SWEENEY, MICHAEL | | Name | SMITH, MARY ANN |
| Address | 171 CYPRESS VIEW DRIVE | | Address | 6625 COSTA CIRCLE |
| City-State-Zip: | NAPLES FL  34113 | | City-State-Zip: | NAPLES FL  34113 |
| | | | | |
| Title | VP | | | |
| Name | ANTHONY, NELSON | | | |
| Address | 740 WATERFORD DRIVE #103 | | | |
| City-State-Zip: | NAPLES FL  34113 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DONALD MADALINSKI                     GM/COO                          03/01/2022

Electronic Signature of Signing Officer/Director Detail                                    Date

**EXHIBIT**
**"D"**
tabbies'

AZ Corp. Commission

02796483

### LIMITED LIABILITY COMPANY
### STATEMENT OF ADDRESS CHANGE
### STATEMENT OF STATUTORY AGENT C
Pursuant to A.R.S. §§ 29-605 and 29-605.ʋт

**FILING FEE $5.00 (A.R.S. § 29-851)**

## THIS FORM IS NOT TO BE USED FOR ADDING MEMBERS – IF ADDING MEMBERS PLEASE USE THE AMENDMENT FORM

It is important that the information you provide on this form be correct. To obtain the correct information about the Limited Liability Company's current known place of business and statutory agent, consult the Customer Phone Bank at (602) 542-3026 or the Division's website at www.azcc.gov/divisions/corporations.

1. The exact name of the Limited Liability Company (LLC) currently on file with the Arizona Corporation Commission (ACC) is:

   *Arizona Discount ATV LLC*

2. The ACC file number is: *L13313971 C*   RECEIVED

3. The current address of the LLC's known place of business on file with the ACC is:

   *1605 W. Parkside Ln #2*
   *Phoenix, AZ 85027*

   JAN 2 2 2009
   ARIZONA CORP COMMISSION
   CORPORATIONS DIVISION
   RECEIVED
   52809
   MAY 2 8 2009

4. The name and **street address*** of the current statutory agent on file with the ACC are:  ARIZONA CORP. COMMISSION CORPORATIONS DIVISION

   *Keytlaw LLC*
   *3001 E. CAMELBACK #130*
   *Phoenix, AZ 85016*

5. If the LLC was not organized in Arizona, the address of the office required to be maintained in the state of its organization or, if not so required, of the principal office of the foreign LLC is:

6. Is the known place of business in Arizona to be changed?
   ☐ No   ☒ Yes and the address of the new place of business is:

   *13232 N. Cave Creek*
   *Phoenix AZ 85022*

***** street address must be a physical address. P.O. Box addresses and personal mail boxes (PMB) will not be accepted.

LL:0006
Rev. 10/2007
Page 1 of 3

Arizona Corporation Commission
Corporations Division


**EXHIBIT** "E"

LLC Name _Arizona Discount ATV LLC_ ACC File Number _L 13313971_

7. Is the street address of the current statutory agent to be changed?
   ☒ No.        ☐ Yes, the new street address* of the current statutory agent is:
   _____

8. Is a new statutory agent to be appointed?
   ☐ No.   ☒ Yes.   If you checked "yes," you must complete the following information and the new statutory agent must accept his/her appointment (below).

The new statutory agent is: _Kurt Budday_

New **street address*** of the statutory agent is:

_7073 W. Campo Bello Dr._
_Glendale, AZ 85308_

---

**Acceptance of Appointment**
**By Statutory Agent**

The undersigned hereby acknowledges and accepts the appointment as statutory agent of the above-named limited liability company effective this _31_ day of _December, 2008_

Signature: _____

Printed Name: _Kurt Budday_   Title: _____

_If signing on behalf of a company, please print the company name here._

---

9. Is the address of one or more of the LLC's members or managers to be changed?
   ☒ No.   ☐ Yes.   If you checked "yes", you must complete the following information for each member or manager whose address is to be changed:

Name: _____    Member  or  Manager
                                      *(circle one)*

Current
Address: _____    New
                                     Address: _____

_____              _____

LL:0006
Rev. 10/2007
Page 2 of 3

Arizona Corporation Commission
Corporations Division

LLC Name _Arizona Discount ATV LLC_   ACC File Number _L13313971_

Name: _____   Member  or  Manager
                                      *(circle one)*

**Current**
**Address:** _____   **New**
                                      **Address:** _____

_____              _____

_____              _____

Name: _____   Member  or  Manager
                                      *(circle one)*

**Current**
**Address:** _____   **New**
                                      **Address:** _____

_____              _____

_____              _____

Name: _____   Member  or  Manager
                                      *(circle one)*

**Current**
**Address:** _____   **New**
                                      **Address:** _____

_____              _____

_____              _____

**\* street address** must be a physical address.  P.O. Box addresses and personal mail boxes (PMB) will not be accepted.

| Changes to the statutory agent address must be executed by the statutory agent. | A.R.S §§29-605 and 29-605.01 requires that changes to limited liability companies (except for changes to the statutory agent's address) be executed by a member/manager of the LLC. |
|---|---|
| Dated this _____ day of _____, _____ | Dated this _31_ day of _DECEMBER_ _2008_ |
| Signature: _____ | Signature: _____ |
| Printed Name: _____ | Printed Name: _KURT BUDNIK_ |
| If signing on behalf of a company, please print the company name here. | Title: _MEMBER_ |

LL:0006
Rev. 10/2007
Page 3 of 3

Arizona Corporation Commission
Corporations Division